UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-CV-44

| DEBORAH PADGETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion.

An Order granting the Consent Motion for Enlargement of Time to File Motion for Summary Judgment was entered on July 15, 2014 [see doc. #10]. While the Order granted the Plaintiff's request for an extension, said Order did not include the Defendant's request for an additional 30 days, up to and including October 20, 2014 from Defendant's current deadline to file a Motion for Summary Judgment and Supporting Memorandum.

IT IS THEREFORE ORDERED that Defendant's request is also granted and the Defendant's has up to including **October 20, 2014** to file a Motion for Summary Judgment and Supporting Memorandum.

SO ORDERED.

Signed: September 3, 2014

Graham C. Mullen
United States District Judge